IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02588-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

D. CLARK, Z-Unit (Special Housing Unit "SHU") Lieutenant,
J. VIGIL, Z-Unit (Special Housing Unit "SHU") #1 Correctional Officer, and
B. BATULIS, Z-Unit (Special Housing Unit "SHU") Correctional Officer/Property Officer,
    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2007

GREGORY C. LANGHAM
CLERK

---

### ORDER GRANTING SERVICE

Magistrate Judge Craig B. Shaffer

This civil action comes before the court for service of the Complaint. Pursuant to the Order of Reference dated February 6, 2007 (doc. # 11), this case was referred to the Magistrate Judge to, *inter alia*, "[h]ear and determine pretrial matters, including discovery and other non-dispositive motions . . . ." On January 26, 2007, the court granted Plaintiff Teague leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (*See* doc. # 8). It is now

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendants. If unable to do so, the United States Marshal shall serve a copy of the Prisoner Complaint and summons upon the Defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the Defendants or counsel for the Defendants shall respond to the Prisoner Complaint (doc. # 3) as provided for in the Federal Rules of Civil Procedure after service of process on the Defendants.

Dated at Denver, Colorado this 25th day of April, 2007.

BY THE COURT:

        s/Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-02588-LTB-CBS

Clinton Teague
Reg. No. 06977-029
USP – Terre Haute
PO Box 12015
Terre Haute, IN 47801

D. Clark, J. Vigil,
and B. Batulis - WAIVER*
c/o Christopher B. Synsvoll
Attorney Advisor
PO Box 8500
Florence, CO 81226

United States Attorney General - CERTIFIED
Room 5111, Main Justice Bldg.
10th and Constitution, N.W.
Washington, D.C. 20530

United States Attorney
District of Colorado
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Chris Snysvoll for service of process on D. Clark, J. Vigil, and B. Batulis; The United States Attorney General; and the United States Attorney's Office: COMPLAINT FILED 12/27/06, WAIVER*, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/25/07.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk