IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02588-LTB-CBS

CLINTON TEAGUE,
    Plaintiff,
v.

D. CLARK, Z-Unit (Special Housing Unit "SHU") Lieutenant, et al.,
    Defendants.
_____

ORDER
_____

Magistrate Judge Craig B. Shaffer

    This civil action comes before the court on Mr. Teague's "Motion Requesting to File only the Original Motion in the Courts as to this Civil Action" (filed August 17, 2007) (doc. # 33). Pursuant to the Order of Reference dated February 6, 2007 (doc. # 11) and the memorandum dated August 22, 2007 (doc. # 34), this matter was referred to the Magistrate Judge. The court having reviewed Mr. Teague's Motion, and the entire case file and being sufficiently advised in the premises,

    IT IS ORDERED that **on or before September 10, 2007** Defendants shall respond to Mr. Teague's Motion and his allegation that "his Unit Team members . . . won't be able to make copies for me as requested."

    DATED at Denver, Colorado, this 24th day of August, 2007.

                                      BY THE COURT:

                                      s/Craig B. Shaffer
                                    United States Magistrate Judge