IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 06-cv-02588-LTB-CBS

CLINTON TEAGUE,

   Plaintiff,

v.

D. CLARK, Z-Unit (Special Housing Unit "SHU") Lieutenant,
J. VIGIL, Z-Unit (Special Housing Unit "SHU") Correctional Officer, and
B. BATULIS, Z-Unit (Special Housing Unit "SHU") Correctional Officer/Property Officer,

   Defendants.

___

## ORDER
___

  This case is before me on the Recommendation of the Magistrate Judge that Defendants' Motion to Dismiss (Doc 43) be granted and this civil action be dismissed (Doc 63). The Plaintiff has filed limited and partial objection to the Magistrate Judge's recommendation. Specifically, Plaintiff asserts that Defendant B. Batulis is being sued in her individual capacity for personally participating in the loss of Plaintiff's property alleged to be $241.50. Plaintiff argues that Defendant B. Batulis should not be granted immunity.

  I have reviewed the recommendation *de novo* in light of the file and record in this case. I first note that the Magistrate Judge in light of his analysis does not reach the qualified immunity question. Rather, it appears that Defendant B. Batulis is in part alleged to have participated in a conspiracy to violate Plaintiff's constitutional rights. But the

Magistrate Judge concludes that Plaintiff fails to state a cognizable claim in this respect against Defendant B. Batulis.

I conclude that the recommendation is correct. Accordingly

IT IS ORDERED that the Motion to Dismiss (Doc 43) is GRANTED and the above action is DISMISSED.

BY THE COURT:

   s/Lewis T. Babcock   
Lewis T. Babcock, Judge

DATED: May 27, 2008